1  VENABLE LLP
   Ari N. Rothman (SBN 296568)
2  anrothman@venable.com
   Kimberly Culp (SBN 238839)
3  kculp@venable.com
   505 Montgomery Street, Suite 1400
4  San Francisco, CA 94111
   Telephone:    (415) 653-3750
5  Facsimile:    (415) 653-3755

6  Attorneys for Defendant
   SBE ENTERTAINMENT GROUP, LLC
7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | DERIC WALINTUKAN, individually and on behalf of all others similarly situated, | CASE NO. |
12 | | |
   | Plaintiff, | **DEFENDANT SBE ENTERTAINMENT GROUP, LLC'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |
13 | v. | |
14 | | |
15 | SBE ENTERTAINMENT GROUP, LLC, a limited liability company; 6021 HOLLYWOOD INVESTOR, LLC, a limited liability company; 6021 HOLLYWOOD OPERATING COMPANY, LLC, a limited liability company; and DOES 1 through 50, inclusive, | |
16 | | |
17 | | |
18 | | Action Filed: February 16, 2016
Removal:     March 16, 2016 |
19 | Defendants. | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| Interested Persons/Entities | Connection/Interest |
|---|---|
| SAM NAZARIAN | Owner of Defendant SBE Entertainment Group, LLC |
| SBE INVESTORS, LLC | Subsidiary of Defendant SBE Entertainment Group LLC |
| SBEEG HOLDINGS, LLC | Subsidiary of SBE Investors, LLC |
| SBE RESTAURANT GROUP, LLC | Subsidiary of SBEEG Holdings, LLC |
| SPOONFUL MANAGEMENT LLC | Subsidiary of SBE Restaurant Group, LLC |
| 6021 HOLLYWOOD MANAGER, LLC | Subsidiary of SBE Restaurant Group, LLC |
| 6021 HOLLYWOOD INVESTOR, LLC | Subsidiary of SBE Restaurant Group, LLC |
| 6021 HOLLYWOOD OPERATING COMPANY, LLC | Subsidiary of SBE Restaurant Group, LLC |

DATED:  March 16, 2016

VENABLE LLP

By: /s/ Ari N. Rothman
    Ari N. Rothman
    Kimberly Culp
Attorneys for Defendant
SBE ENTERTAINMENT GROUP, LLC

**PROOF OF SERVICE**

STATE OF CALIFORNIA            )
                               )  ss.
COUNTY OF SAN FRANCISCO        )

I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action; my business address is Venable LLP, 505 Montgomery Street, Suite 1400, San Francisco, California.

On **March 16, 2016**, I served a copy ☑ / original ☐ of the foregoing document(s) described as **DEFENDANT SBE ENTERTAINMENT GROUP, LLC'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** on the interested parties in this action addressed as follows:

| | |
|---|---|
| Lionel Z. Glancy, Esq.<br>Marc L. Godino, Esq.<br>Mark S. Greenstone, Esq.<br>GLANCY PRONGAY & MURRAY LLP<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067<br>E-mail: info@glancylaw.com<br>Telephone:  (310) 201-9150<br>Facsimile:   (310) 201-9160 | Attorneys for Plaintiff<br>DERIC WALINTUKAN |

Michael J. Jaurigue, Esq.
Abigail A. Zelenski, Esq.
David Zelenski, Esq.
JAURIGUE LAW GROUP
114 North Brand Boulevard, Suite 200
Glendale, California 91203
Email: michael@jIglawyers.com
Email: abigail@jlglawyers.com
Email: david@jlglawyers.com
Telephone:   (818) 630-7280
Facsimile:    (888) 879-1697

☑   By placing true copies thereof enclosed in a sealed envelope(s) addressed as stated above.

   ☑   **BY MAIL (FRCP 5(b)(2)(C))**:  I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the U.S. Postal Service.  Under that practice such envelope(s) is deposited with the U.S. postal service on the same day this declaration was executed, with postage thereon fully prepaid at 505 Montgomery Street, Suite 1400, San Francisco, California, in the ordinary course of business.

   ☐   **BY PERSONAL SERVICE (FRCP 5(b)(2)(B)(i))**:  I caused to be delivered such envelope(s) by hand to the addressee(s) as stated above.

   ☐   **BY OVERNIGHT DELIVERY (FRCP 5(b)(2)(F))**:  I am readily familiar with the firm's practice of collection and processing items for delivery with Overnight Delivery.  Under that practice such envelope(s) is deposited at a facility regularly maintained by Overnight Delivery or delivered to an authorized courier or driver

authorized by Overnight Delivery to receive such envelope(s), on the same day this declaration was executed, with delivery fees fully provided for at 505 Montgomery Street, Suite 1400, San Francisco, California, in the ordinary course of business.

☐ **BY FACSIMILE (FRCP 5(b)(2)(E))**: Pursuant to FRCP 5(b)(2)(E), on **[DATE]**, at approximately **[TIME]** I served the above stated document by facsimile from the facsimile machine of Venable, LLP whose phone number is (415) 653-3755 to the addressee(s) at the facsimile numbers as stated above. The facsimile machine used complies with CRC Rule 2003(3). Pursuant to CRC Rule 2008(e) the transmission be facsimile was reported as complete and without error.

☐ **BY ELECTRONIC MEANS (FRCP 5(b)(2)(E))**: Pursuant to FRCP 5(b)(2)(E), I served the above stated document by electronic means to the interested parties in this action whose names and e-mail addresses are listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. Service by e-mail or electronic means was agreed upon based on an agreement of the parties to accept service.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **March 16, 2016**, at San Francisco, California.

Su Chintanaseri