UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DERIC WALINTUKAN,

    Plaintiff,

    v.

SBE ENTERTAINMENT GROUP, LLC, et al.,

    Defendants.

Case No. 16-cv-01311-JST

**SCHEDULING ORDER**

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
| --- | --- |
| Joint Case Management Statement due | October 17, 2016 |
| Deadline to add parties or amend the pleadings | October 20, 2016 |
| Case Management Conference | October 26, 2016 at 2:00 p.m. |
| Deadline to file Motion for Class Certification | March 23, 2017 |

A full briefing schedule on the Motion for Class Certification will be discussed at the October 26, 2016 Case Management Conference.

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely

1  manner and appear at trial on the noticed and scheduled dates.  All counsel must arrange their
2  calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.
3      IT IS SO ORDERED.
4  Dated: June 15, 2016

                                        JON S. TIGAR
                                  United States District Judge