UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERIC WALINTUKAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SBE ENTERTAINMENT GROUP, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-01311-JST<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON PLAINTIFF'S MOTION TO AMEND**<br><br>Re: ECF No. 40 |

　　　　On October 19, 2016, the parties filed a joint stipulation and proposed order to set a briefing schedule on Plaintiff's motion to amend. ECF No. 40. The Court will adopt the parties' stipulation, except that the hearing on Plaintiff's motion to amend shall take place on January 19, 2017, at 2:00 p.m. The briefing schedule is hereby set as follows: (1) Plaintiff's motion to amend shall be filed by November 9, 2016; (2) Defendant's opposition shall be filed by December 7, 2016; (3) Plaintiff's reply to Defendant's opposition shall be filed by December 21, 2016.

　　　　The currently set deadline for the filing of a motion for class certification is vacated, to be set during a further case management conference held within thirty days of the Court's ruling on the parties' cross-motions for summary judgment.

　　　　IT IS SO ORDERED.

Dated: October 20, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge