VENABLE LLP
Ari N. Rothman (SBN 296568)
  anrothman@venable.com
Witt W. Chang (SBN 281721)
  wchang@venable.com
Sean P. Hanle (SBN 298928)
  sphanle@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:     (310) 229-9900
Facsimile:     (310) 229-9901

Attorneys for defendants
SBE ENTERTAINMENT GROUP, LLC,
6021 HOLLYWOOD INVESTORS, LLC,
AND 6021 HOLLYWOOD OPERATING
COMPANY, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERIC WALINTUKAN, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SBE ENTERTAINMENT GROUP, LLC, a California limited liability company; 6021 HOLLYWOOD INVESTOR, LLC, a California limited liability company; 6021 HOLLYWOOD OPERATING COMPANY, LLC, a California limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 3:16-cv-01311-JST<br><br>Hon. Jon S. Tigar<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE HEARING AND BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

Plaintiff Deric Walintukan and Defendants SBE Entertainment Group, LLC; 6021 Hollywood Investor, LLC; and 6021 Hollywood Operating Company, LLC submit this Stipulation to reschedule the hearing on Plaintiff's Motion For Leave To File First Amended Complaint from January 19, 2017 to February 9, 2017. Plaintiff and Defendants further stipulate to (1) an extension of time for Defendants to oppose Plaintiff's Motion For Leave To File First Amended Complaint from December 7, 2016 to December 30, 2016 and (2) an extension of time for Plaintiff to file his reply to Defendants' opposition from December 21, 2016 to January 26, 2017. **Good** cause exists to grant this Stipulation for the following reasons:

1. Plaintiff filed his Notice of Motion and Motion For Leave to File First Amended Complaint (Dkt. 43) ("Motion") on November 9, 2016.

2. Pursuant to this Court's Order of October 20, 2016 (Dkt. 41), the Motion is set for hearing on January 19, 2017, Defendants' opposition is due on December 7, 2016, and Plaintiff's reply is due on December 21, 2016.

3. Defendants require additional time to oppose Plaintiff's motion due to recent unexpected scheduling issues associated with other engagements which require out of town travel.

4. In the event that Defendants are given additional time to oppose Plaintiff's motion and the opposition deadline is moved back, Plaintiff will require additional time to respond to Defendants' opposition due to similar time constraints owing from the intervening holidays and other matters. Specifically, Plaintiff's counsel will be out of town between Christmas and New Years', has a final approval motion in an automobile class action due on January 9, 2017 and a trial scheduled to begin on January 25, 2016.

5. Trial has not been set.

6. No party will suffer any prejudice if the Court grants the requested relief, and granting the requested relief will not unduly delay this litigation.

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, that:

1. The hearing on Plaintiff's Motion shall take place on February 9, 2017, at

1    2:00 p.m. or a later date to be set by the Court.

2.    Defendants' opposition to the Motion shall be filed by December 30, 2016.

3.    Plaintiff's reply in support of the Motion shall be filed by January 26, 2017.

DATED: November 29, 2016    VENABLE LLP

By: /s/ Ari N. Rothman

Ari N. Rothman
Witt W. Chang
Sean P. Hanle

Attorneys for defendants
SBE ENTERTAINMENT GROUP, LLC;
6021 HOLLYWOOD INVESTORS, LLC;
AND 6021 HOLLYWOOD OPERATING
COMPANY, LLC

DATED: November 29, 2016    JAURIGUE LAW GROUP

By: /s/ David Zelenski

Michael J. Jaurigue
Abigail A. Zelenski
David Zelenski


GLANCY PRONGAY & MURRAY LLP

Lionel Z. Glancy
Marc L. Godino
Mark S. Greenstone


Attorneys for plaintiff
DERIC WALINTUKAN

JOINT STIPULATION TO RESCHEDULE HEARING AND BRIEFING SCHEDULE
3:16-cv-01311-JST

**ATTESTATION REGARDING SIGNATURES**

I, Ari N. Rothman, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: November 29, 2016                    VENABLE LLP

                                            /s/ Ari N. Rothman

\* \* \*

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: "Pqxgo dgt" 52, 2016

Hon. Jon S. Tigar
United States District Judge

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900