1  VENABLE LLP
   Ari N. Rothman (SBN 296568)
2    anrothman@venable.com
   Witt W. Chang (SBN 281721)
3    wchang@venable.com
   Sean P. Hanle (SBN 298928)
4    sphanle@venable.com
   2049 Century Park East, Suite 2300
5  Los Angeles, CA  90067
   Telephone:     (310) 229-9900
6  Facsimile:     (310) 229-9901

7  Attorneys for defendants
   SBE ENTERTAINMENT GROUP, LLC,
8  6021 HOLLYWOOD INVESTORS, LLC,
   AND 6021 HOLLYWOOD OPERATING
9  COMPANY, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERIC WALINTUKAN,<br><br>             Plaintiff,<br><br>     v.<br><br>SBE ENTERTAINMENT GROUP, LLC; 6021 HOLLYWOOD INVESTOR, LLC; 6021 HOLLYWOOD OPERATING COMPANY, LLC,<br><br>             Defendants. | CASE NO. 3:16-cv-01311-JST<br><br>Hon. Jon S. Tigar<br><br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO HOLD ADR SESSION** |

1  Plaintiff Deric Walintukan and Defendants SBE Entertainment Group, LLC; 6021 Hollywood Investor, LLC; and 6021 Hollywood Operating Company, LLC submit this Stipulation to extend the time to hold a Private ADR Session from January 13, 2017 to July 14, 2017.  **Good cause** exists to grant this Stipulation for the following reasons:

1. On February 16, 2016, Plaintiff filed his initial complaint in the Superior Court of California for the County of San Mateo (Case No. CIV537398);

2. On March 16, 2016, Defendants removed the action to the United States District Court for the Northern District of California (ECF No. 1);

3. On June 13, 2016, pursuant to Civil L.R. 16-8 and ADR L.R. 3-5, the parties entered into a stipulation to hold a private mediation before JAMS by January 13, 2017 (ECF No. 35);

4. On November 9, 2016, plaintiff filed a motion for leave to file an amended complaint (ECF No. 43) with a hearing date currently set for February 9, 2017;

5. The parties require additional time to hold a Private ADR session due to the forthcoming hearing on Plaintiff's motion to file an amended complaint, the outcome of which may significantly alter preparations for and negotiations during a private mediation session;

6. Trial has not been set; and

7. No party will suffer any prejudice if the Court grants the requested relief, and granting the requested relief will not unduly delay this litigation.

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, that:

1. The deadline for the parties to hold a Private ADR session is set for July 14, 2017.

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

1
JOINT STIPULATION TO EXTEND TIME TO HOLD ADR SESSION
3:16-cv-01311-JST

DATED: January 10, 2017     VENABLE LLP

By:   /s/ Ari N. Rothman

   Ari N. Rothman
   Witt W. Chang
   Sean P. Hanle

Attorneys for defendants
SBE ENTERTAINMENT GROUP, LLC;
6021 HOLLYWOOD INVESTORS, LLC;
AND 6021 HOLLYWOOD OPERATING
COMPANY, LLC

DATED: January 10, 2017     JAURIGUE LAW GROUP

By:   /s/ Abigail A. Zelenski

   Michael J. Jaurigue
   Abigail A. Zelenski
   David Zelenski

GLANCY PRONGAY & MURRAY LLP

   Lionel Z. Glancy
   Marc L. Godino
   Mark S. Greenstone

Attorneys for plaintiff
DERIC WALINTUKAN

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

2
JOINT STIPULATION TO EXTEND TIME TO HOLD ADR SESSION
3:16-cv-01311-JST

**ATTESTATION REGARDING SIGNATURES**

I, Ari N. Rothman, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: January 10, 2017                    VENABLE LLP

                                           /s/ Ari N. Rothman

\*   \*   \*

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: Lcpwct{ '34, 2017                   _____
                                           Hon. Jon S. Tigar
                                           United States District Judge