JAURIGUE LAW GROUP
Michael J. Jaurigue (SBN 208123)
  michael@jlglawyers.com
Abigail A. Zelenski (SBN 228610)
  abigail@jlglawyers.com
David Zelenski (SBN 231768)
  david@jlglawyers.com
300 West Glenoaks Boulevard, Suite 300
Glendale, California 91202
Telephone: (818) 630-7280
Facsimile: (888) 879-1697

GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (SBN 134180)
Mark S. Greenstone (SBN 199606)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-Mail: info@glancylaw.com

*Attorneys for Plaintiff Deric Walintukan*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERIC WALINTUKAN, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SBE ENTERTAINMENT GROUP, LLC, a California limited liability company; 6021 HOLLYWOOD INVESTOR, LLC, a California limited liability company; 6021 HOLLYWOOD OPERATING COMPANY, LLC, a California limited liability company; and SPOONFUL MANAGEMENT LLC, a California limited liability company,<br><br>Defendants. | Case No. 3:16-CV-01311-JST<br><br>**STIPULATION AND [PROPOSED] CONTINUING SUMMARY-JUDGMENT/ADJUDICATION BRIEFING AND HEARING SCHEDULE**<br><br>*Assigned to Hon. Jon S. Tigar* |

STIPULATION & [PROPOSED] ORDER CONTINUING BR. AND HEARING SCHEDULE – Case No. 16-CV-01311

Plaintiff Deric Walintukan, on the one hand, and Defendants SBE Entertainment Group, LLC; 6021 Hollywood Investor, LLC; 6021 Hollywood Operating Company, LLC; and Spoonful Management LLC, on the other hand, submit this Stipulation seeking to continue the briefing and hearing schedule for their contemplated summary-judgment motion practice in the above-captioned action. Good cause exists for the Court to grant this Stipulation, for the reasons set forth herein.

1. In this action, Plaintiff alleges a class-wide claim for relief against Defendants under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227. (See generally Feb. 16, 2017, First Am. Compl. [ECF 53].)

2. On April 5, 2017, the Court entered an Order setting the following schedule:
- September 29, 2017: Opening summary-judgment/adjudication moving papers due.
- October 31, 2017: Opposition summary-judgment/adjudication moving papers due.
- November 20, 2017: Reply summary-judgment/adjudication moving papers due.
- December 7, 2017, at 2:00 p.m.: Summary-judgment/adjudication hearing.

(Apr. 5, 2017, Stipulation and Order Setting Summ.-J./Adjudication Briefing and Hearing Schedule [ECF 63] at 3:2–6, 3:22.) The motion practice will be directed to the specific issue of consent under the TCPA.

3. Since the date of the Court's Order setting the briefing and hearing schedule, Plaintiff and Defendants have taken a total of four depositions focused, in part, on the consent issue: a rule 30(b)(6) deposition of SBE Entertainment Group, LLC; the deposition of Plaintiff; and depositions of two third parties. Defendants has since voluntarily disclosed two additional individuals on whom they intend to rely in their summary-judgment/adjudication briefing, both of whom are located out of state, in Miami, Florida.

4. Plaintiff stated he needs to depose the two additional witnesses voluntarily disclosed before completing summary-judgment/adjudication briefing. Defendants do not oppose the depositions. Thus, Plaintiff and Defendants presently hope to schedule the depositions of the two Miami deponents for dates in October 2017, although hurricane recovery efforts might warrant some scheduling

1 adjustments.

2     5.    Other than the summary-judgment/adjudication deadlines set forth above, the only other deadline currently set by the Court is a July 2018 mediation cut-off date. (See July 17, 2017, Stipulation and Order to Extend Time to Hold ADR Session [ECF 66] at 3:1–15.) In other words, trial in this action has not yet been set, and there is no class-certification deadline currently in place.

    6.    For the reasons herein, the Parties submit that good cause exists to grant the relief sought herein, and that they are not seeking the relief to unduly delay the litigation or for any other improper purpose.

/ / / / /

Based on the foregoing, as well as in light of the intervening holidays, **IT IS HEREBY STIPULATED** that the foregoing summary-judgment/adjudication briefing and hearing schedule be reset, as follows:

1. November 8, 2017: Opening moving papers due.
2. December 22, 2017: Opposition papers due.
3. January 26, 2018: Reply papers due.
4. February 15, 2018: Hearing (at 2:00 p.m.), or such other date set by the Court.

Dated: September 19, 2017

GLANCY PRONGAY & MURRAY
JAURIGUE LAW GROUP

/s/ *David Zelenski* [1]

Lionel Z. Glancy
Mark S. Greenstone
Michael J. Jaurigue
Abigail A. Zelenski
David Zelenski
*Attorneys for Plaintiff*

Dated: September 19, 2017

VENABLE LLP

/s/ *Ari Rothman*

Ari A. Rothman
Witt W. Chang
*Attorneys for Defendants*

\*   \*   \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 21, 2017

Hon. Jon S. Tigar
*U.S. District Court Judge*

---

[1] Pursuant to rule 5-1 of the Northern District of California's Local Rules, I hereby attest that concurrence in the filing of this document has been obtained from each of the signatories below.