1  VENABLE LLP
   Ari N. Rothman (SBN 296568)
2    anrothman@venable.com
   Witt W. Chang (SBN 281721)
3    wchang@venable.com
   Sean P. Hanle (SBN 298928)
4    sphanle@venable.com
   2049 Century Park East, Suite 2300
5  Los Angeles, CA  90067
   Telephone:     (310) 229-9900
6  Facsimile:      (310) 229-9901

7  Attorneys for defendants
   SBE ENTERTAINMENT GROUP, LLC,
8  6021 HOLLYWOOD INVESTORS, LLC,
   6021 HOLLYWOOD OPERATING
9  COMPANY, LLC; AND SPOONFUL
10 MANAGEMENT, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERIC WALINTUKAN, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SBE ENTERTAINMENT GROUP, LLC, a California limited liability company; 6021 HOLLYWOOD INVESTOR, LLC, a California limited liability company; 6021 HOLLYWOOD OPERATING COMPANY, LLC, a California limited liability company; and SPOONFUL MANAGEMENT LLC, a California limited liability company,<br><br>Defendants. | CASE NO. 3:16-cv-01311-JST<br><br>Hon. Jon S. Tigar<br>Courtroom 9<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Current CMC:   6/20/18 at 2:00 p.m.<br>Proposed CMC: 7/11/18 at 2:00 p.m.<br><br>Trial Date:    None Set |

JOINT STIP AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE

Plaintiff Deric Walintukan and defendants SBE Entertainment Group, LLC ("SBE"); 6021 Hollywood Investor, LLC ("6021 HI"); 6021 Hollywood Operating Company, LLC ("6021 HOC"); and Spoonful Management, LLC ("Spoonful"), by and through their respective counsel of record, submit this Stipulation to continue the further case management conference currently set for June 20, 2018 at 2:00 p.m. to July 11, 2018 at 2:00 p.m. or such other date as the Court may select. Good cause exists to grant this Stipulation for the following reasons:

1. On May 24, 2018, the Court set a further case management conference to occur on June 20, 2018 at 2:00 p.m., with the parties' updated joint case management statement due on June 13, 2018. *See* ECF No. 76.

2. Subsequently, lead counsel for defendants notified plaintiff's counsel that he is unavailable to attend the case management conference because he had pre-planned business travel out of the country on June 20, 2018. Lead counsel proposed to advance the case management conference to several dates prior to June 20, and also proposed to continue the case management conference to dates in July, including July 11, 2018.

3. Counsel for Walintukan agreed to continue the case management conference to July 11, 2018.

4. Trial has not been set in this matter.

5. No party will suffer any prejudice if the Court grants the requested Stipulation, and granting the Stipulation will not unduly delay this litigation.

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, that:

1. The further case management conference ordered by the Court in its Order of May 24, 2018 shall take place on July 11, 2018~~, or a later date to be set by the Court~~.

2. The parties' updated joint case management statement shall be filed on or before July 3, 2018.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

DATED: June 6, 2018　　　　　　　　　VENABLE LLP

　　　　　　　　　　　　　　　　　　　By: /s/ Ari N. Rothman

　　　　　　　　　　　　　　　　　　　Ari N. Rothman
　　　　　　　　　　　　　　　　　　　Witt W. Chang
　　　　　　　　　　　　　　　　　　　Sean P. Hanle

　　　　　　　　　　　　　　　　　　　Attorneys for defendants
　　　　　　　　　　　　　　　　　　　SBE ENTERTAINMENT GROUP, LLC;
　　　　　　　　　　　　　　　　　　　6021 HOLLYWOOD INVESTORS, LLC;
　　　　　　　　　　　　　　　　　　　6021 HOLLYWOOD OPERATING
　　　　　　　　　　　　　　　　　　　COMPANY, LLC; AND SPOONFUL
　　　　　　　　　　　　　　　　　　　MANAGEMENT, LLC

DATED: June 6, 2018　　　　　　　　　GLANCY PRONGAY & MURRAY LLP

　　　　　　　　　　　　　　　　　　　By: /s/ Mark S. Greenstone

　　　　　　　　　　　　　　　　　　　Lionel Z. Glancy
　　　　　　　　　　　　　　　　　　　Marc L. Godino
　　　　　　　　　　　　　　　　　　　Mark S. Greenstone

　　　　　　　　　　　　　　　　　　　JAURIGUE LAW GROUP

　　　　　　　　　　　　　　　　　　　Michael J. Jaurigue
　　　　　　　　　　　　　　　　　　　Abigail A. Zelenski
　　　　　　　　　　　　　　　　　　　David Zelenski

　　　　　　　　　　　　　　　　　　　Attorneys for plaintiff
　　　　　　　　　　　　　　　　　　　DERIC WALINTUKAN

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

## ATTESTATION REGARDING SIGNATURES

I, Ari N. Rothman, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: June 6, 2018                    VENABLE LLP

By: ___/s/ Ari N. Rothman___

Ari N. Rothman
Witt W. Chang
Sean P. Hanle

Attorneys for defendants
SBE ENTERTAINMENT GROUP, LLC;
6021 HOLLYWOOD INVESTORS, LLC;
6021 HOLLYWOOD OPERATING COMPANY, LLC; AND SPOONFUL MANAGEMENT, LLC

\*   \*   \*

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: ___June 8___, 2018          _____
Hon. Jon S. Tigar
United States District Judge