VENABLE LLP
Ari N. Rothman (SBN 296568)
  anrothman@venable.com
Witt W. Chang (SBN 281721)
  wchang@venable.com
Sean P. Hanle (SBN 298928)
  sphanle@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:     (310) 229-9900
Facsimile:     (310) 229-9901

Attorneys for defendants
SBE ENTERTAINMENT GROUP, LLC,
6021 HOLLYWOOD INVESTORS, LLC,
6021 HOLLYWOOD OPERATING
COMPANY, LLC; AND SPOONFUL
MANAGEMENT, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERIC WALINTUKAN, as an individual and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>SBE ENTERTAINMENT GROUP, LLC, a California limited liability company; 6021 HOLLYWOOD INVESTOR, LLC, a California limited liability company; 6021 HOLLYWOOD OPERATING COMPANY, LLC, a California limited liability company; and SPOONFUL MANAGEMENT LLC, a California limited liability company,<br><br>                    Defendants. | CASE NO. 3:16-cv-01311-JST<br><br>Hon. Jon S. Tigar<br>Courtroom 9<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY ACTION PENDING MEDIATION**<br><br>Trial Date:    None Set |

Plaintiff Deric Walintukan and defendants SBE Entertainment Group, LLC ("SBE"); 6021 Hollywood Investor, LLC ("6021 HI"); 6021 Hollywood Operating Company, LLC ("6021 HOC"); and Spoonful Management, LLC ("Spoonful"), by and through their respective counsel of record, submit this Stipulation to request that the Court stay this action until September 7, 2018, pending the parties' private mediation of this action. Good cause exists to grant this Stipulation for the following reasons:

1.   On June 8, 2018, the Court entered an order setting a case management conference on July 11, 2018, and ordering that the parties file an updated joint case management conference statement on or before July 3, 2018.

2.   The parties have continued to confer regarding the possibility of reaching a settlement in this matter, and believe that at this time all parties would benefit from meditation, which will include the parties' prior and future voluntary exchange of information to facilitate such discussions.

3.   The parties agree that the case should be stayed pending mediation in order to conserve the parties' as well as judicial resources; that the stay requested by the parties will not result in any undue delay, particularly because neither trial nor a class certification briefing schedule has been set; and that the brief stay requested by the parties will not prejudice any party.

4.   The parties therefore propose that all pending deadlines in this action be stayed in order that the parties may engage in a mediation to occur no later than September 7, 2018.

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, that:

1.   This action is stayed pending the parties' attendance at mediation which shall take place on or before September 7, 2018.

2.   All pending deadlines and hearings in the case, including the July 11, 2018, case management conference, are vacated pending the outcome of the mediation.

3.    The parties are ordered to select a mediator and reserve a mediation date on or before July 3, 2018 to ensure that mediation takes place on or before September 7, 2018.

4.    The parties are ordered to file a joint status report regarding the status of the mediation no later than September 17, 2018, and to propose deadlines for the remainder of the case if the parties have not agreed to settle this litigation.

DATED: June 28, 2018                    VENABLE LLP

By: /s/ Ari N. Rothman

   Ari N. Rothman
   Witt W. Chang
   Sean P. Hanle

Attorneys for defendants
SBE ENTERTAINMENT GROUP, LLC;
6021 HOLLYWOOD INVESTORS, LLC;
6021 HOLLYWOOD OPERATING
COMPANY, LLC; AND SPOONFUL
MANAGEMENT, LLC

DATED: June 28, 2018                    GLANCY PRONGAY & MURRAY LLP

By: /s/ Mark S. Greenstone

   Lionel Z. Glancy
   Marc L. Godino
   Mark S. Greenstone

JAURIGUE LAW GROUP

   Michael J. Jaurigue
   Abigail A. Zelenski
   David Zelenski

Attorneys for plaintiff
DERIC WALINTUKAN



IT IS SO ORDERED
Judge Jon S. Tigar
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: July 2, 2018