GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (SBN 134180)
Marc L. Godino (SBN 182689)
Stan Karas (SBN 222402)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:  (310) 201-9150
Facsimile:  (310) 201-9160
E-mail:  info@glancylaw.com

GREENSTONE LAW APC
Mark S. Greenstone (SBN 199606)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9156
Facsimile:  (310) 201-9160
Email: mgreenstone@greenstonelaw.com

JAURIGUE LAW GROUP
Michael J. Jaurigue (SBN 208123)
Ryan A. Stubbe (SBN 289074)
300 West Glenoaks Boulevard, Suite 300
Glendale, California 91202
Telephone:  (818) 630-7280
Facsimile:  (888) 879-1697
Email: Michael@jlglawyers.com

*Attorneys for Plaintiff Deric Walintukan*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DERIC WALINTUKAN, as an individual and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>        v.<br><br>SBE ENTERTAINMENT GROUP, LLC, a California limited-liability company; 6021 HOLLYWOOD INVESTOR, LLC, a California limited liability company; 6021 HOLLYWOOD OPERATING COMPANY, LLC, a California limited liability company; SPOONFUL MANAGEMENT, and DOES 1 through 50, inclusive,<br><br>                  Defendants. | Case No. 16-cv-01311-JST<br><br>Hon. Jon S. Tigar<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Plaintiff Deric Walintukan ("Plaintiff") and Defendants SBE Entertainment Group, LLC, 6021 Hollywood Investor, LLC, 6021 Hollywood Operating Company, LLC and Spoonful Management, LLC, through their respective undersigned counsel, hereby stipulate and agree to dismiss this matter with prejudice as to the named Plaintiff and without prejudice as to the putative class pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated:  January 2, 2019

GREENSTONE LAW APC

by:  *s/ Mark S. Greenstone*
Mark S. Greenstone
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9156
Facsimile: (310) 201-9160
mgreenstone@greenstonelaw.com

GLANCY PRONGAY & MURRAY LLP
Marc L. Godino
Stan Karas
Danielle L. Manning
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
mgodino@glancylaw.com

JAURIGUE LAW GROUP
Michael J. Jaurigue
Ryan A. Stubbe
300 West Glenoaks Boulevard, Suite 300
Glendale, California 91202
Telephone:  (818) 630-7280
Facsimile:  (888) 879-1697
Email: Michael@jlglawyers.com

*Attorneys for Plaintiff*

Dated:  January 2, 2019                    KRONENBERGER ROSENFELD, LLP


By:  *s/ Jeffrey M. Rosenfeld*
Karl S. Kronenberger
Jeffrey M. Rosenfeld
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
jeff@KRInternetLaw.com

*Attorneys for Defendants*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.  On January 2, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 2, 2019, at Los Angeles, California.


*s/ Mark S. Greenstone*
Mark S. Greenstone

# Mailing Information for a Case 3:16-cv-01311-JST Walintukan v. SBE Entertainment Group, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Witt W Chang**
  wwchang@venable.com,rrubio@venable.com

- **Lionel Z. Glancy**
  info@glancylaw.com,lionel-glancy-2522@ecf.pacerpro.com,lglancy@glancylaw.com

- **Mark Samuel Greenstone**
  mgreenstone@greenstonelaw.com,info@glancylaw.com

- **Michael Joe Jaurigue**
  michael@jlglawyers.com

- **Stan Karas**
  SKaras@glancylaw.com,stan-karas-1195@ecf.pacerpro.com

- **Karl Stephen Kronenberger**
  karl@KRInternetlaw.com,ecf@KRInternetlaw.com

- **Jeffrey Michael Rosenfeld**
  Jeff@KRInternetlaw.com

- **Ari N. Rothman**
  anrothman@venable.com,schintanaseri@venable.com,wwchang@venable.com,KCulp@Venable.com,shanle@venable.com,rrubio@venable.com

- **Ryan A Stubbe**
  ryan@jlglawyers.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Marc            L. Godino
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
```